Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern** District of **California**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | **1675 Industrial Park LP** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | N/A | |
| 3. Debtor's federal Employer Identification Number (EIN) | **88-0545506** | |
| 4. Debtor's address | **Principal place of business**<br>1675 Industrial Park Avenue<br>Number   Street<br><br>Redlands   CA   92373<br>City   State   ZIP Code<br><br>San Bernardino<br>County | **Mailing address, if different from principal place of business**<br>2510 Monterey Street<br>Number   Street<br>P.O. Box #4359<br>P.O. Box<br>Torrance, CA  90510<br>City   State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br><br>City   State   ZIP Code |
| 5. Debtor's website (URL) | | |

| Debtor | 1675 Industrial Park LP | Case number *(if known)* |
|---|---|---|

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__5311__10___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __1675 Industrial Park LP__      Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [X] No
- [ ] Yes.  District _____ When __/__/____ Case number _____
             District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- [ ] No
- [X] Yes.  Debtor __180 Sanborn LP__   Relationship __Common Ownership__
            District __Northern District- San Jose__   When __04/28/2024__
            Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:
- [ ] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [X] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [ ] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - [ ] It needs to be physically secured or protected from the weather.
    - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - [ ] Other _____

    **Where is the property?**  __1675 Industrial Park Avenue__
                                 Number    Street
                                 __Redlands,__              __CA__  __92373__
                                 City                       State   ZIP Code

    **Is the property insured?**
    - [ ] No
    - [X] Yes. Insurance agency __Steadily__
               Contact name  __Courtney Pizzarusso, Insurance Agent__
               Phone         __913-210-8755__

Currently with receivers. Payments up to date. Renews 10/20/24.

SSp1507929 (property)
CA000050751-01 (GL)
GX000006983-01 (XS GL)

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3
Case: 24-50623    Doc# 1    Filed: 04/29/24    Entered: 04/29/24 13:41:02    Page 3 of 6

Debtor    1675 Industrial Park LP                          Case number (*if known*)_____

| 13. Debtor's estimation of available funds | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☒ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. Estimated assets | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☒ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☒ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/28/2024
             MM / DD / YYYY

✗ /s/ [signature]                                   Andrew Meyers Abdul-Wahab
Signature of authorized representative of debtor    Printed name

Title   Authorized Signatory

| Debtor | 1675 Industrial LP | Case number (if known) | |
|---|---|---|---|

**18. Signature of attorney**

✗ /s/ Jonathan Shenson
Signature of attorney for debtor

Date 04/28/24
MM / DD / YYYY

Jonathan Shenson
Printed name

Greenberg Glusker LLP
Firm name

2049 Century Park East, Suite 2600
Number    Street

Los Angeles
City

CA
State

90067
ZIP Code

310-553-3610
Contact phone

jshenson@ggfirm.com
Email address

184250
Bar number

CA
State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

Debtor    1675 Industrial Park LP                                    Case number (*if known*)_____

# ATTACHMENT 1

#10 on Official Form 201
**Related Bankruptcy Cases**
Voluntary Petition for Non-Individuals Filing for Bankruptcy

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No  ☒ Yes.  Debtor **180 Sanborn LP**    District Northern District- San Jose    Case number, if known _____ | Relationship **Common Ownership**  When 04 / 28 / 2024  MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No  ☒ Yes.  Debtor **Shangri-La Development, LLC**    District Northern District- San Jose    Case number, if known _____ | Relationship **Common Ownership**  When 04 / 28 / 2024  MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No  ☒ Yes.  Debtor **190 Calle Primera LP**    District Northern District- San Jose    Case number, if known _____ | Relationship **Common Ownership**  When 04 / 28 / 2024  MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No  ☒ Yes.  Debtor **12 Conejo LP**    District Northern District- San Jose    Case number, if known _____ | Relationship **Common Ownership**  When 04 / 28 / 2024  MM / DD / YYYY |